Yana A. Hart Esq. (SBN: 306499)
yana@kazlg.com
**KAZEROUNI LAW GROUP, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Geraldine David, Susan Lara, and Theresa Haas, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Vi-Jon, Inc. d/b/a Germ-X,<br><br>Defendant. | CASE NO.: 3:20-CV-00424-CAB-AGS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Geraldine David, Susan Lara, and Theresa Haas hereby move this Court to dismiss the above entitled action without prejudice as to the named Plaintiffs and without prejudice as to the putative class.

WHEREFORE, Plaintiffs respectfully requestD that this court dismiss this action without prejudice.

Dated: April 9, 2020                                      **KAZEROUNI LAW GROUP, APC**

                                                                              By: _s/ Yana A. Hart_
                                                                              Yana A. Hart, Esq.
                                                                              *Attorney for Plaintiff*